# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTION ELECTRICAL INC.,<br><br>Defendant. | Case No. 1:17-cv-01438-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>FIVE DAY DEADLINE |

On October 25, 2017, Plaintiffs Board of Trustees of IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industrial Training Trust Fund, National Electric Benefit Funds, and Family Medical Care Plan filed this action against Action Electrical Inc. under the Employee Retirement Income Security Act of 1974 (ERISA) and the Labor Management Act (LMRA). Plaintiffs returned the proof of service showing that the summons and complaint were served on Defendant on November 5, 2017. No responsive pleading has been filed in this action.

Pursuant to Rule 12 of the Federal Rules of Civil Procedure the time to serve a responsive pleading is within twenty one days after being served with the answer and the complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). When a party against whom affirmative relief is sought fails to plead or otherwise defend an action default should be sought. Fed. R. Civ. P. 55(a).

Here, Defendant has failed to file a time answer. There has been no stipulation to extend

1

time for an answer to be filed nor have Plaintiffs sought to have default entered in this action.

Accordingly, IT IS HEREBY ORDERED that within five (5) days from the date of entry of this order, Plaintiffs shall show cause in writing why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **January 23, 2018**

UNITED STATES MAGISTRATE JUDGE