# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al., | Case No. 1:17-cv-01438-LJO-SAB |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | FIVE DAY DEADLINE |
| ACTION ELECTRICAL INC., | |
| Defendant. | |

On October 25, 2017, Plaintiffs Board of Trustees of IBEW Local Union No. 100 Pension Trust Fund, Joint Electrical Industrial Training Trust Fund, National Electric Benefit Funds, and Family Medical Care Plan filed this action against Action Electrical Inc. under the Employee Retirement Income Security Act of 1974 (ERISA) and the Labor Management Act (LMRA). Plaintiffs returned the proof of service showing that the summons and complaint were served on Defendant on November 5, 2017. No responsive pleading has been filed in this action.

On January 24, 2018, an order issued requiring Plaintiffs to show cause why this action should not be dismissed for failure to prosecute. Plaintiffs filed a response and the order to show cause was discharged. According to Plaintiffs' response the parties had obtained an audit which was to be completed by February 2, 2018, and more time was needed to review the audit once it was received. On January 30, 2018, an order issued discharging the order to show cause and extending

1   the time for Defendant to file an answer until April 2, 2018.  The time for Defendant to file an

2   answer has passed and Plaintiffs have not filed a motion for entry of default or filed a stipulation to

3   continue the deadline for Defendant to file a responsive pleading.

4        Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or

5   with any order of the Court may be grounds for imposition by the Court of any and all sanctions . .

6   . within the inherent power of the Court."  The Court has the inherent power to control its docket

7   and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of

8   the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).  Here, Defendant

9   has failed to file a timely answer.  There has been no stipulation to extend time for an answer to be

10   filed nor have Plaintiffs sought to have default entered in this action.

11        Accordingly, IT IS HEREBY ORDERED that within five (5) days from the date of entry of

12   this order, Plaintiffs shall show cause in writing why this action should not be dismissed for failure

13   to prosecute.

14

15 IT IS SO ORDERED.

16 Dated:   **April 4, 2018**

                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28