# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al., | Case No. 1:17-cv-01438-LJO-SAB |
|---|---|
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 13, 14) |
| ACTION ELECTRICAL INC., | SIXTY DAY DEADLINE |
| Defendant. | |

On April 4, 2018, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute. On April 6, 2018, Plaintiffs filed a response to the order to show cause and a request for entry of default. On April 10, 2018, the Clerk of the Court entered default against Defendant Action Electrical, Inc.

Based on Plaintiff's response, the Court shall discharge the order to show cause. As this is the second order to show cause issued based on the failure to move this action toward resolution, the Court shall provide Plaintiffs with a deadline to file their motion for entry of default judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 6, 2018 order to show cause is DISCHARGED;

2. Plaintiffs shall file a motion for default judgment within sixty (60) days from the

1

date of entry of this order; and

3. Failure to file a motion for default judgment in compliance with this order will result in the recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: **April 11, 2018**

UNITED STATES MAGISTRATE JUDGE