# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTION ELECTRICAL INC.,<br><br>Defendant. | Case No. 1:17-cv-01438-LJO-SAB<br><br>ORDER GRANTING REQUEST TO EXTEND DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 18)<br><br>FORTY-FIVE DAY DEADLINE |

On April 12, 2018, an order issued requiring Plaintiff to file a motion for default judgment within sixty days. (ECF No. 17.) On June 5, 2018, Plaintiff filed a request to extend the deadline by forty-five days due to recently produced discovery. (ECF No. 18.) The Court finds that good cause exists to extend the deadline.

Accordingly, Plaintiff's request to extend the deadline to file a motion for default judgment is HEREBY GRANTED and Plaintiff's motion for default judgment shall be filed within forty-five (45) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **June 6, 2018**

UNITED STATES MAGISTRATE JUDGE

1