# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTION ELECTRICAL INC.,<br><br>Defendant. | Case No. 1:17-cv-01438-LJO-SAB<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 20)<br><br>AUGUST 3, 2018 DEADLINE |

On April 12, 2018, an order issued requiring Plaintiff to file a motion for default judgment within sixty days. (ECF No. 17.) On June 6, 2018, the Court granted Plaintiffs' request to extend the deadline. (ECF No. 18.) On July 12, 2018, Plaintiffs requested a second extension of the deadline as they are engaged in settlement negotiations with a third party who, if negotiations are successful, will cover the claims asserted against Defendant. (ECF No. 20.)

Accordingly, Plaintiffs' request to extend the deadline to file a motion for default judgment is HEREBY GRANTED and Plaintiffs' motion for default judgment shall be filed on or before August 3, 2018.

IT IS SO ORDERED.

Dated: **July 13, 2018**

UNITED STATES MAGISTRATE JUDGE

1