# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF IBEW LOCAL UNION NO. 100 PENSION TRUST FUND, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ACTION ELECTRICAL INC.,<br><br>        Defendant. | Case No. 1:17-cv-01438-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE DISPOSITIONAL DOCUMENTS WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 23) |

On August 3, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiffs shall file dispositional documents within twenty-one days of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 6, 2018**

UNITED STATES MAGISTRATE JUDGE

1